1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **B3ENJAMIN GALLEGOS,**                    Case No. 2:24-cv-01891-KJM-EFB (PC)

13                                Plaintiff,    ~~[PROPOSED]~~ **ORDER**

14                    **v.**

15   **GOMEZ, et al.,**

16                                Defendants.

17

18        ~~Good cause shown,~~

19        Defendants' Motion for Administrative Relief Re: Request for an Extension of Time to

20   respond to Plaintiff's complaint is GRANTED.  Defendants' deadline to file a responsive

21   pleading is extended to July 11, 2025.

22        **IT IS SO ORDERED**.

23

24   Dated: June 23, 2025

                                            EDMUND F. BRENNAN
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                             1