UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No.  2:24-cv-01891-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| J. GOMEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for default judgment and two motions to amend the complaint.  ECF Nos. 19, 25, 26.

Motion for Default Judgment

Plaintiff argues that defendant T. Gaylen failed to waive service.  ECF No. 19.  However, the court docket reveals that this defendant both waived service and timely responded to the complaint.  ECF Nos. 16 (waiver of service), 18 (extension of time granted to defendants to file response to complaint), & 21 (answer).  Apparently, some confusion has been caused by defendant's name-change from T. Gaylen to T. Romney between the events giving rise to this case and service of the complaint.  As there is no cause to enter default judgment against defendant Gaylen/Romney, the motion will be denied.

////

////

1

<u>Motions to Amend</u>

Because plaintiff's motion to amend was filed more than 21 days after defendants answered the complaint, Federal Rule of Civil Procedure 15(a)(2) permits amendment "with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Plaintiff asks to amend in order to identify the registered nurse Jane Doe against whom he has stated a potentially cognizable claim (see ECF No. 8 at 5). ECF No. 25. He also seeks to add a claim against defendant Kern for fabricating evidence against him concerning the incident in the Triage and Treatment Area in September 2022. *Id.*

Defendants oppose the motion to amend because plaintiff did not submit a proposed amended complaint along with his motions to amend, as Eastern District Local Rule 220 requires. For that reason, the court will defer ruling on the motions to amend to give plaintiff the opportunity to file a proposed amended complaint.

<u>Conclusion</u>

For the foregoing reasons, it is hereby ORDERED that:

1.  Plaintiff's motion for default judgment against defendant T. Gaylen (now T. Romney), ECF No. 19, is DENIED;

2.  Within 30 days of the date of this order, plaintiff shall file a proposed amended complaint;

3.  Within 21 days of the filing of the proposed amended complaint, defendants may file a supplemental opposition or a statement of non-opposition to the motions to amend; and

4.  Within 7 days of the filing of any supplemental opposition, plaintiff may file a reply brief in support of his motions to amend.

Dated: February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2