IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN GALLEGOS,**<br>Plaintiff,<br>**v.**<br>**GOMEZ, et al.,**<br>Defendants. | Case No. 2:24-cv-01891-KJM-EFB-PC<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

Good cause shown,

Defendants' Motion for Administrative Relief Re: Request for an Extension of Time to File an Opposition to Plaintiff's Motion to Compel is GRANTED. Defendants' deadline to file their opposition is extended to November 4, 2026.

**IT IS SO ORDERED.**

Dated: October 19, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE